NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

--------

**FLIP PHONE GAMES, INC.,**
*Appellant*

**v.**

**PLR WORLDWIDE SALES LTD.,**
*Appellee*

--------

2025-2058

--------

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00209.

-------------------------------------------------

**PLR WORLDWIDE SALES LTD.,**
*Appellant*

**v.**

**FLIP PHONE GAMES, INC.,**
*Appellee*

--------

2025-2106

--------

2       FLIP PHONE GAMES, INC. v. PLR WORLDWIDE SALES LTD.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00209.

_____

# O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of Flip Phone Games, Inc.'s appeal, Appeal No. 2025-2058, pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  Appeal No. 2025-2058 is dismissed.  The revised official caption for the remaining appeal, Appeal No. 2025-2106, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2025-2058.

(3)  PLR Worldwide Sales Ltd.'s opening brief in Appeal No. 2025-2106 is due no later than April 13, 2026.  The remaining deadlines shall be calculated according to Federal Circuit Rules 30 and 31.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 18, 2026
        Date

ISSUED AS A MANDATE (as to 2025-2058 only):
February 18, 2026